| | |
|---|---|
| STATE OF INDIANA ) | IN THE PORTER SUPERIOR COURT |
| ) | |
| COUNTY OF PORTER ) | |
| | |
| BRYAN BLASCHKE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | |
| ) | Cause Number: 64D02-1107-CT-6450 |
| DIVERSIFIED COLLECTION SERVICES INC ) | |
| ) | |
| DEFENDANT. ) | |

### COMPLAINT AND DEMAND FOR JURY TRIAL - INDIVIDUAL

Plaintiff, Bryan Blaschke (hereinafter referred to as "Mr. Blaschke"), on behalf of himself, by counsel, Michael P. McIlree, for his Complaint against the Defendant, Diversified Collection Services Inc. ("DCS"), alleges and state the following:

### INTRODUCTION

1. This is an action for damages brought by the Plaintiff, ("Mr. Blaschke"), for the Defendant's violations of the Federal FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692, *et seq.* (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### JURISDICTION

2. This Court has jurisdiction over the claims in this matter as Plaintiff resides in this jurisdiction and the conduct complained of occurred here.

### PARTIES

3. Mr. Blaschke is an individual consumer currently residing in Porter County, Indiana.

4. Diversified Collection Services Inc. is a collection agency who collects debts nationwide including the State of Indiana.

EXHIBIT B

5. Diversified Collection Services Inc. is a debt collector as defined by 15 U.S.C. § 1692a(6). Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

## FACTUAL ALLEGATIONS

6. Defendant is attempting to collect an alleged debt from Plaintiff concerning a student loan obtained for personal, family, or household purposes.

7. Defendant has been contacting Plaintiff's employer.

8. Defendant has made multiple calls to Plaintiff's employer's Human Resource Department and the actual school where Defendant works.

9. Defendant, through an agent identified as Diane Sims, has made multiple calls inquiry as to Plaintiff's salary, if Plaintiff will be employed next year, and has been told by the school to cease the calls as they were inappropriate.

10. Defendant continued to make phone calls including one requesting to be patched into the room where Plaintiff was teaching classes.

11. The phone calls and conduct of Defendant occurred during the 2011 school calendar year.

12. The Defendant has violated 15 U.S.C. §1692c.

13. The Defendant has violated 15 U.S.C. §1692d.

14. The Defendant has violated 15 U.S.C. §1692e.

15. The Defendant has violated 15 U.S.C. §1692f.

WHEREFORE, plaintiff requests that the Court enter judgment in his favor against the Defendant for:

1. Mr. Blaschke's actual damages.
2. The maximum amount of statutory damages provided under the FDCPA.
3. Attorney's fees, litigation expenses and costs.
4. Such other and further relief as is appropriate.

Respectfully submitted,

By _____
Michael P. McIlree

## VERIFICATION

I declare that the statements contained in the Complaint are true and accurate to the best of my knowledge and belief.

_____
Bryan Blaschke, Plaintiff

**JURY DEMAND**

_____
Plaintiff demands trial by jury.

Michael P. McIlree, #19847-45
Attorney at Law
821 E. Lincolnway, Ste. 1
Valparaiso, IN 46383
Tel: (219) 548-1800
Fax: (219) 548-5905
Attorney for Plaintiff