UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BRYAN BLASCHKE, | ) |
|     Plaintiff, | ) |
|     v. | ) CASE NO.  2:11-cv-00279-JD-PRC |
| DIVERSIFIED COLLECTION SERVICES, INC. | ) |
|     Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Bryan Blaschke, by counsel, and Defendant, Diversified Collection Services, Inc., by counsel, jointly stipulate that the above-entitled matter is dismissed, with prejudice.

/s/ Michael P. McIlree
Michael McIlree
Attorneys for Plaintiff
821 E. Lincolnway, Suite 1
Valparaiso, IN  44638
McIlree1@aol.com


KIGHTLINGER & GRAY, LLP

/s/Peter A. Velde
Peter A. Velde
Attorneys for Defendants
KIGHTLINGER & GRAY, LLP
Market Square Center, Suite 600
151 N. Delaware Street
Indianapolis, Indiana 46204
pvelde@k-glaw.com

110888 / 1409032-1